1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HENRY C. HAYES,

12             Plaintiff,                No. CIV S-06-2391 MCE KJM P

13        vs.

14   T. FELKER, et al.,

15             Defendants.               **NON-RELATED CASE ORDER**

16   _____/

17   HENRY C. HAYES,

18             Plaintiff,                No. CIV S-07-0721 FCD GGH P

19        vs.

20   T. FELKER, et al.,

21             Defendants.

22   _____/

23   ///

24   ///

25   ///

26   ///

1

1      The court has received the notice of related cases concerning the above-captioned cases

2   filed June 22, 2007.  See Local Rule 83-123, E.D. Cal. (1997).  The court has, however,

3   determined that it is inappropriate to relate and reassign Civil No. S-07-0721 FCD GGH P to

4   Civil No. CIV S-06-2391 MCE KJM P, and it therefore DECLINES to do so.

5      IT IS SO ORDERED.

6   Dated:  November 7, 2007

7

8                    MORRISON C. ENGLAND, JR.

                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26